| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
| | KDugdale@perkinscoie.com |
| 2 | Audra M. Mori, Bar No. 162850 |
| | AMori@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 4 | Los Angeles, CA  90067-1721 |
| | Telephone:  310.788.9900 |
| 5 | Facsimile:  310.788.3399 |
| 6 | Attorneys for Plaintiff |
| | MICROSOFT CORPORATION |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PC RECYCLE LLC, a California limited liability company; and FARHAD SAIFYAN, an individual,<br><br>    Defendants. | Case No. 12-cv-9297 SJO (MRWx)<br><br>JOINT NOTICE OF SETTLEMENT |

41826-5600.0040/LEGAL28055164.1

Counsel for plaintiff Microsoft Corporation and counsel for defendants PC Recycle LLC and Farhad Saifyan (jointly, the "Parties") hereby submit the following Joint Notice of Settlement. The Parties have reached a settlement and are in the process of drafting settlement documents. The Parties anticipate that it will take thirty (30) days to finalize and execute the settlement documents and file a stipulation for dismissal with prejudice.

Dated: October 8, 2013

PERKINS COIE LLP

/s/ Katherine M. Dugdale
By: Katherine M. Dugdale
Attorney for Plaintiff
MICROSOFT CORPORATION

Dated: October 8, 2013

SAVITT BRUCE & WILLEY LLP

/s/ Stephen C. Willey
By: Stephen C. Willey
Attorney for Defendants
PC RECYCLE LLC, a California limited liability company; and FARHAD SAIFYAN, an individual