| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
|  | KDugdale@perkinscoie.com |
| 2 | Audra M. Mori, Bar No. 162850 |
|  | AMori@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|  | 1888 Century Park E., Suite 1700 |
| 4 | Los Angeles, CA  90067-1721 |
|  | Telephone: 310.788.9900 |
| 5 | Facsimile: 310.788.3399 |
| 6 | Attorneys for Plaintiff |
|  | MICROSOFT CORPORATION |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | Case No. 12-cv-9297 SJO (MRWx) |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| PC RECYCLE LLC, a California limited liability company; and FARHAD SAIFYAN, an individual, | |
| Defendants. | *[Proposed] Order filed concurrently herewith* |

WHEREAS Plaintiff Microsoft Corporation, a Washington corporation, ("Plaintiff") and Defendants PC Recycle LLC and Farhad Saifyan (collectively "Defendants") have settled the above-captioned matter; and

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Plaintiff and Defendants;

IT IS HEREBY STIPULATED by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that the Defendants shall be dismissed with prejudice from Plaintiff's Complaint and the above-captioned action

41826-5600.0040/LEGAL28694945.1

shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

IT IS HEREBY FURTHER STIPULATED that this Court shall retain jurisdiction with respect to the Permanent Injunction entered by this Court.

**IT IS SO STIPULATED.**

Dated: December 16, 2013          PERKINS COIE LLP

/s/   Katherine M. Dugdale
By: Katherine M. Dugdale
Attorney for Plaintiff
MICROSOFT CORPORATION

Dated: December 16, 2013          SAVITT BRUCE & WILLEY LLP

/s/   Stephen C. Willey
By: Stephen C. Willey
Attorney for Defendants
PC RECYCLE LLC, a California limited liability company; and FARHAD SAIFYAN, an individual