Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PC RECYCLE LLC, a California limited liability company; and FARHAD SAIFYAN, an individual,<br><br>Defendants. | Case No. 12-cv-9297 SJO (MRWx)<br><br>STIPULATED PERMANENT INJUNCTION |

WHEREAS plaintiff Microsoft Corporation ("Microsoft" or "Plaintiff") and Defendants PC Recycle LLC and Farhad Saifyan (collectively "Defendants") hereby stipulate that Defendants, and the members, principals, employees and authorized agents of PC Recycle, LLC, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

    (a)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

(1)  1,200,236 ("MICROSOFT");

(2)  1,256,083 ("MICROSOFT");

(3)  1,872,264 ("WINDOWS");

(4)  2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration No.: TX 5-407-055 ("Windows XP Professional"); and any other works protected by any of Microsoft's trademarks or copyrights;

(b)  manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any infringing use of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c)  using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d)  using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e)  engaging in any other activity constituting an illegal distribution of any Microsoft software, component, EULA, Certificate of Authenticity, item, or

thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any illegal dilution of Microsoft's name, reputation, or goodwill; and

   (f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.

**IT IS SO STIPULATED.**

Dated: November 7, 2013  PC RECYCLE LLC, a California limited liability company

By: _____

Dated: November 7, 2013  FARHAD SAIFYAN, an individual

By: _____

Dated: November __, 2013  MICROSOFT CORPORATION, a Washington corporation

By: _____

1 thing and/or constituting an infringement of any of Microsoft's trademarks, service
2 mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit
3 these trademarks, service mark, and/or copyrights or constituting any illegal
4 dilution of Microsoft's name, reputation, or goodwill; and
5    (f) assisting, aiding, or abetting any other person or business entity
6 in engaging in or performing any of the activities referred to in paragraphs (a)
7 through (e) above.

**IT IS SO STIPULATED.**

Dated: November __, 2013  PC RECYCLE LLC, a California limited liability company

By: _____

Dated: November __, 2013  FARHAD SAIFYAN, an individual

By: _____

Dated: November 3, 2013  MICROSOFT CORPORATION, a Washington corporation

By: Benjamin O. Orndorff
Assistant Secretary

| | | |
|---|---|---|
| 1 | Approved as to form: | |
| 2 | Dated: November 18, 2013 | PERKINS COIE LLP |
| 3 | | |
| 4 | | By: Katherine M. Dugdale |
| 5 | | Attorney for Plaintiff |
| 6 | | MICROSOFT CORPORATION |
| 7 | Dated: November __, 2013 | SAVITT BRUCE & WILLEY LLP |
| 8 | | |
| 9 | | By: Stephen C. Willey |
| 10 | | Attorney for Defendants |
| 11 | | PC RECYCLE LLC, a California limited liability company; and FARHAD SAIFYAN, an individual |

1  Approved as to form:
2  Dated: November __, 2013          PERKINS COIE LLP
3
4                                    _____
5                                    By: Katherine M. Dugdale
                                     Attorney for Plaintiff
6                                    MICROSOFT CORPORATION

7  Dated: November 12, 2013          SAVITT BRUCE & WILLEY LLP
8                                    _____
9                                    By: Stephen C. Willey
                                     Attorney for Defendants
10                                   PC RECYCLE LLC, a California limited
11                                   liability company; and FARHAD SAIFYAN,
                                     an individual
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28