1  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
2  Audra M. Mori, Bar No. 162850
   AMori@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Plaintiff
   MICROSOFT CORPORATION
7

**FILED**
CLERK, U.S. DISTRICT COURT

December 18, 2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  MICROSOFT CORPORATION, a          Case No. 12-cv-9297 SJO (MRWx)
    Washington corporation,
12
               Plaintiff,
13                                      ORDER RE STIPULATED
                                        PERMANENT INJUNCTION
14      v.

15  PC RECYCLE LLC, a California
    limited liability company; and
16  FARHAD SAIFYAN, an individual,

               Defendants.
17

18

19       Pursuant to the stipulation of the parties, and good cause appearing therefore,

20  IT IS ORDERED that defendants PC Recycle, LLC and Farhad Saifyan

21  (collectively "Defendants"), and the members, principals, employees and

22  authorized agents of PC Recycle, LLC, shall be and hereby are PERMANENTLY

23  ENJOINED and restrained from:

24          (a)     imitating, copying, or making any other infringing use or

25  infringing distribution of software programs, components, end user license

26  agreements ("EULA") or items protected by Microsoft's registered trademarks and

27  service mark, including, but not limited to, the following Trademark Registration

28  Nos.:

41826-5600.0040/LEGAL28581447.1

1         (1)    1,200,236 ("MICROSOFT");

2         (2)    1,256,083 ("MICROSOFT");

3         (3)    1,872,264 ("WINDOWS");

4         (4)    2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration No.: TX 5-407-055 ("Windows XP Professional"); and any other works protected by any of Microsoft's trademarks or copyrights;

        (b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any infringing use of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

        (c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

        (d)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

        (e)    engaging in any other activity constituting an illegal distribution of any Microsoft software, component, EULA, Certificate of Authenticity, item, or

1    thing and/or constituting an infringement of any of Microsoft's trademarks, service

2    mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit

3    these trademarks, service mark, and/or copyrights or constituting any illegal

4    dilution of Microsoft's name, reputation, or goodwill; and

5              (f)      assisting, aiding, or abetting any other person or business entity

6    in engaging in or performing any of the activities referred to in paragraphs (a)

7    through (e) above.

8

9       **IT IS SO ORDERED.**

10

11    Dated:  12/19/13.

                                          _____

12                                          HON. S. JAMES OTERO
                                         United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28