Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

**FILED**
CLERK, U.S. DISTRICT COURT
December 18, 2013
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PC RECYCLE LLC, a California limited liability company; and FARHAD SAIFYAN, an individual,<br><br>Defendants. | Case No. 12-cv-9297 SJO (MRWx)<br><br>ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE |

41826-5600.0040/LEGAL28715264.1

1  Pursuant to the stipulation of the parties and good cause appearing therefore,
2  Defendants PC Recycle LLC and Farhad Saifyan are hereby dismissed with
3  prejudice from Plaintiff Microsoft Corporation's Complaint.  The above-captioned
4  action, including all claims asserted therein, is dismissed with prejudice pursuant to
5  Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own
6  costs and attorneys' fees.

7  This Court shall retain jurisdiction with respect to the Permanent Injunction
8  entered by this Court.

9  **IT IS SO ORDERED.**

10

11  Dated:  12/18/13

12  HON. S. JAMES OTERO
    United States District Court Judge